# United States District Court
# For The Western District of North Carolina
# Bryson City Division

FRANCIS T. ALLEN,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

vs.                                                   2:11cv29

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 02/21/2012 Order of Remand.

                                               Signed: February 21, 2012

                                               */s/ Frank G. Johns*

                                               Frank G. Johns, Clerk
                                               United States District Court