# United States District Court
## For The Western District of North Carolina
## Bryson City Division

FRANCIS T. ALLEN,

                 Plaintiff,                         JUDGMENT IN A CIVIL CASE

vs.                                          2:11cv29

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                 Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 02/21/2012 Order of Remand.

                 Signed: February 21, 2012

                 Frank G. Johns, Clerk
                 United States District Court